433 A.2d 136

Commonwealth v. Blake, Sr., Appellant.

Submitted November 14, 1980. Henry W. Gent, III, for appellant; F. Walter Bloom, III, District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and SHERTZ and WIEAND, JJ.

Judgment of sentence affirmed.